# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139025

MARCUS YONO, LIVINGSTON BUILDING
COMPANY, L.L.C., and SUTTONS POINTE
DEVELOPMENT, L.L.C.,
          Plaintiffs-Appellants,

v

ERIC CARLSON and LEELANAU
ENTERPRISE, INC.,
          Defendants-Appellees.

SC: 139025
COA: 281268
Livingston CC: 07-022810-CA

_____/

      On order of the Court, the application for leave to appeal the April 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921